IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REINIER GESTO BORROTO**                                                    **PLAINTIFF**

v.                              No. 3:23-cv-194-DPM

**UNITED STATES DEPARTMENT OF STATE,**
Antony Blinken, Secretary, in his official capacity;
**UNITED STATES DEPARTMENT OF HOMELAND**
**SECURITY,** Alejandro Mayorkas, Secretary, in his
official capacity; **SCOTT RENNER,** Consul, U.S.
Embassy-Mexico City, in his official capacity; and
DOES, Consular Officers, U.S. Embassy-Mexico
City, in their official capacity                                              **DEFENDANTS**

### ORDER

    I recuse. Joshua A. Newton is on my recusal list. The Clerk must reassign this case at random by chip exchange.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2023