IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GESTO BORROTO**                                                                                    **PLAINTIFF**

V.                                    3:23CV00194 JM

**UNITED STATES DEPARTMENT**
**OF STATE, et al,**                                                                                  **DEFENDANTS**

## ORDER

Pursuant to the Notice of Voluntary Dismissal, the Complaint is dismissed without prejudice. The pending motions (ECF No. 3, 5) are MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 26th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge