IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GESTO BORROTO**                                                                                              **PLAINTIFF**

**V.**                                        **3:23CV00194 JM**

**UNITED STATES DEPARTMENT**
**OF STATE, et al,**                                                                                           **DEFENDANTS**

## JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendants is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge